

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2019

No. 04-18-00880-CV

**IN RE** Melissa **PSIHOUDAKIS**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza Rodriguez, Justice

On January 3, 2019, relator filed a Motion for En Banc Reconsideration. After considering the motion, relator's motion is hereby DENIED.

It is so **ORDERED** on January 31, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015PA02469, styled *In the Interest of B.B.M., a Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.